**Order entered July 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., A GEORGIA CORPORATION, RACETRAC PETROLEUM, INC., A GEORGIA CORPORATION, Appellees

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

---

## ORDER

The reporter's record in this case is overdue. By order dated May 16, 2019, we granted court reporter Robin N. Washington's request for an extension of time to file the reporter's record and ordered her to file the record by June 3, 2019. By order dated June 21, 2019, we granted court reporter Robin N. Washington's second request for an extension of time to file the reporter's record and ordered her to file the reporter's record by June 20, 2019. To date, Ms. Washington has failed to comply with the Court's order.

Accordingly, we **ORDER** Robin N. Washington, to file (1) the reporter's record, or (2) written verification that appellants have not paid or made arrangements to pay for the reporter's record within **FIFTEEN DAYS** of the date of this order. *We notify appellant that if we receive*

*verification it has not paid or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Washington that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Washington comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Melissa Bellan
Presiding Judge
County Court at Law No. 2

Robin N. Washington
Official Court Reporter
County Court at Law No. 2

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE